UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLIVERIO ALBERTO PERRY-TORRES, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 04-1046 (RJL) ) |
| U.S. DEPARTMENT OF STATE, | ) ) ) |
| Defendant. | ) |

**FILED**
SEP 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 29th day of September 2006, hereby

**ORDERED** that [#11] Defendant's Renewed Motion for Summary Judgment is GRANTED; and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is DISMISSED with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge